FILED
2015 JAN 23 PM 12: 48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JASON KIM,<br>　aka "Jacob Dew Choi," and<br>KEVIN CHOI,<br><br>　　　　Defendants. | CR No. CR 15 00032<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C. § 1708: Possession of<br>Stolen Mail; 18 U.S.C. § 1704:<br>Unlawful Possession of Counterfeit<br>Postal Key; 18 U.S.C. § 2: Aiding<br>and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.   OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury and continuing to on or about December 7, 2012, in Los Angeles County, within the Central District of California, defendants JASON KIM ("KIM"), also known as "Jacob Dew Choi," and KEVIN CHOI ("CHOI") conspired and agreed with each other to knowingly and intentionally commit an offense against the United States, namely:  (1) mail theft, in violation of Title 18, United States Code, Section 1708; and

1 | (2) possession of stolen mail, in violation of Title 18, United
2 | States Code, Section 1708.
3 | B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE
4 |      ACCOMPLISHED
5 |      The objects of the conspiracy were to be accomplished, in
6 | substance, as follows:
7 |      1.   Defendants KIM and CHOI would gain access to various
8 | locations where there were authorized receptacles for the deposit or
9 | delivery of mail, including apartment complexes.
10 |     2.   Defendant KIM would use a counterfeit Postal "arrow" key,
11 | or some other tool, to open the mail receptacles within the various
12 | locations.
13 |     3.   Defendants KIM and CHOI would remove mail matter from
14 | individual mailboxes.
15 |     4.   Defendants KIM and CHOI would leave the locations with the
16 | stolen mail.
17 | C.   OVERT ACTS
18 |      In furtherance of the conspiracy, and to accomplish its objects,
19 | on or about December 7, 2012, defendants KIM and CHOI committed
20 | various overt acts within the Central District of California,
21 | including, but not limited to, the following:
22 |      Overt Act No. 1:   Defendants KIM and CHOI drove to the area of
23 | the 2900 block of Montrose Avenue in Glendale, California.
24 |      Overt Act No. 2:   Defendants KIM and CHOI used a counterfeit
25 | Postal "arrow" key, or other tool, to open mailboxes in the area of
26 | the 2900 block of Montrose Avenue in Glendale, California.
27 |      Overt Act No. 3:   Defendants KIM and CHOI removed mail matter
28 | from the mailboxes.

Overt Act No. 4:   Defendants KIM and CHOI possessed approximately 80 pieces of stolen mail belonging to various individuals and businesses.

## COUNT TWO

[18 U.S.C. §§ 1708, 2(a)]

On or about December 7, 2012, in Los Angeles County, within the Central District of California, defendants JASON KIM ("KIM"), also known as "Jacob Dew Choi," and KEVIN CHOI ("CHOI"), each aiding and abetting the other, unlawfully possessed mail matter that had been stolen from the United States mail, namely, approximately 80 pieces of mail, addressed to various individuals and businesses within Los Angeles County, and at that time and place defendants KIM and CHOI knew that said mail was stolen.

COUNT THREE

[18 U.S.C. §§ 1704, 2(a)]

On or about December 7, 2012, in Los Angeles County, within the Central District of California, defendants JASON KIM, also known as "Jacob Dew Choi," and KEVIN CHOI, each aiding and abetting the other, knowingly possessed with the intent to unlawfully and improperly use, and to cause the same to be unlawfully and improperly used, a key suited to a lock adopted and in use at the time by the United States Post Office Department and Postal Service, and to any authorized

////

////

////

receptacle for the deposit of mail matter, namely, a counterfeit Postal Service "arrow" key.

                              A TRUE BILL

                              /S/
                              _____
                              Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

*/s/ Scott*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

ROZELLA A. OLIVER
Assistant United States Attorney
Chief, General Crimes Section

ERIK M. SILBER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SCOTT PAETTY
Assistant United States Attorney
General Crimes Section